UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE TRIPLETT (#100388)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 02-770-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 23, 2014 (doc. no. 39). Petitioner filed an objection which essentially makes the same arguments and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petition is construed in part as a motion for authorization for the district court to consider the successive claims raised herein. Further, the petition is transferred to the United States Court of Appeals for the Fifth Circuit under the authority of 28 U.S.C. § 1631 for that court to determine whether petitioner is authorized under 28 U.S.C. § 2244(b) to file the instant habeas corpus petition in this district court.

Baton Rouge, Louisiana, this 13th day of February, 2014.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE